UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

TRUSTEES OF THE SHEET METAL
WORKERS LOCAL 36 401(K) PLAN,

    Plaintiffs,

    v.                    Case No. 10-CV-00965-DRH

KOHNEN AIR CONDITIONING AND
HEATING, INC.

    Defendant.

## ORDER

This action is before the Court on Plaintiffs' Motion to Dismiss without Prejudice their claims against Kohnen Air Conditioning and Heating, Inc. (Doc. 10). Said motion is **GRANTED**. The Court **DISMISSES** without prejudice Plaintiffs' cause of action. The Court will close the file.

Dated: March 16, 2011

Digitally signed by
David R. Herndon
Date: 2011.03.16
14:14:46 -05'00'

Chief Judge
United States District Court